James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Lead Plaintiff Movant*
*John S. Wait and Proposed Liaison Counsel*
*for the Class*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Counsel for Lead Plaintiff Movant John S.*
*Wait and Proposed Lead Counsel for the*
*Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRAIG J. HOLLAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 9F INC., LEI SUN, YANJUN LIN, YIFAN REN, CHANGXING XIAO, FLYNN XUXIAN HUANG, IVAN XU, JUNSHENG ZHANG, WING HON CHEUNG, FANGXIONG GONG, DAVID CUI, LEI LIU, SIU FUNG MING, CREDIT SUISSE SECURITIES (USA) LLC, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CLSA LIMITED, CHINA INVESTMENT SECURITIES INTERNATIONAL BROKERAGE LIMITED, 9F PRIMASIA SECURITIES LIMITED, and COGENCY GLOBAL INC., <br><br> Defendants. | Case No. 2:21-cv-00948-MCA-MAH <br><br> **LEAD PLAINTIFF MOVANT JOHN S. WAIT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

Lead Plaintiff Movant John S. Wait ("Wait") respectfully submits this reply memorandum of law in further support of his motion for appointment of lead plaintiff and approval of lead counsel (Dkt. No. 9).

Wait is the only movant still seeking appointment as lead plaintiff. Wait, Craig J. Holland ("Holland"), and Yingjun Liao ("Liao") filed competing motions for appointment as lead plaintiff and approval of counsel. *See* Dkt. Nos. 9, 10, 11. Oppositions to the competing movants' lead plaintiff motions were due on April 5, 2020. On that day, Wait opposed Holland's and Liao's motions. *See* Dkt. No. 13. Holland, however, filed a notice informing the Court that he does not oppose Wait's lead plaintiff motion because Holland "does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA." *See* Dkt. No. 12. Liao declined to file an opposition and thereby abandoned his motion. *See Lifestyle Invs., LLC v. Amicus Therapeutics, Inc.*, No. 15-cv-07448, 2016 WL 3032684, at *3 (D.N.J. May 26, 2016) ("[A]lthough [movants] have not withdrawn their motions to be appointed lead counsel, they have also not filed any opposition to the [competing] motions and, accordingly, [their] motions are deemed abandoned."); *Sklar v. Amarin Corp. PLC*, No. 13-cv-06663, 2014 WL 3748248, at *4 (D.N.J. July 29, 2014) ("[Some] movants have . . . abandoned their motions by not otherwise filed any additional papers indicating any opposition."). As a result, Wait is the only movant still seeking appointment as lead plaintiff.

Wait demonstrated in his opening and opposition memoranda (Dkt. Nos. 9-1, 13) that he should be appointed as lead plaintiff. Wait timely moved, has the largest financial interest in the relief sought by the class, and satisfies the applicable requirements of Rule 23 of the Federal Rules of Civil Procedure. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I). Thus, Wait is the presumptively most adequate plaintiff and should be appointed as lead plaintiff. *See id.*

Additionally, no movant has presented proof that Wait is inadequate or subject to unique defenses, so the presumption that Wait is the most adequate plaintiff has not been rebutted. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II); 15 U.S.C. § 77z-1(a)(3)(B)(iii)(II). Accordingly, Wait should be appointed as lead plaintiff, and his selection of counsel should be approved. *See* 15 U.S.C. § 78u-4(a)(3)(B)(v); 15 U.S.C. § 77z-1(a)(3)(B)(v).

For these reasons, Wait respectfully requests that the Court enter an Order: (1) appointing Wait as lead plaintiff; (2) approving Wait's selection of Glancy Prongay & Murray LLP as lead counsel and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. as liaison counsel for the class; and (3) granting any other relief the Court may deem just and proper.

Dated: April 12, 2021

Respectfully submitted,

**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**

By:   *s/ James E. Cecchi*
James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994 -1700

*Liaison Counsel for Lead Plaintiff Movant John S. Wait and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Counsel for Lead Plaintiff Movant John S. Wait and Proposed Lead Counsel for the Class*

2

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

3