# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG J. HOLLAND, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-00948-MCA-MAH |
| Plaintiff, | |
| v. | |
| 9F INC., LEI SUN, YANJUN LIN, YIFAN REN, CHANGXING XIAO, FLYNN XUXIAN HUANG, IVAN XU, JUNSHENG ZHANG, WING HON CHEUNG, FANGXIONG GONG, DAVID CUI, LEI LIU, SIU FUNG MING, CREDIT SUISSE SECURITIES (USA) LLC, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CLSA LIMITED, CHINA INVESTMENT SECURITIES INTERNATIONAL BROKERAGE LIMITED, 9F PRIMASIA SECURITIES LIMITED, and COGENCY GLOBAL INC., | |
| Defendants. | |

## ORDER GRANTING JOHN S. WAIT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

Having considered the motion of John S. Wait for appointment as lead plaintiff and approval of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion  (at ECF no. 9) is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation

Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), and 15 U.S.C. § 78u-4(a)(3)(B), and finding that John S. Wait suffered the greatest loss, see Docket No. 9-2; 10-6 and 11-3; Roby v. Ocean Power Tech., Inc., 2015 WL 1334320 (D.N.J. March 17, 2015); no movant has rebutted this presumption; and plaintiff otherwise satisfies the requirements of Rule 23; appoints John S. Wait as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay &

Murray LLP as Lead Counsel and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. as Liaison Counsel for the class.

4.  The motions for appointment of lead plaintiff by Liao and his counsel (Docket No. 11) and the motion for appointment of lead counsel by Craig Holland and his counsel ( Docket No. 10 are hereby denied.

IT IS SO ORDERED.

Dated: October 13, 2021

_____

HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

1