**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CRAIG J. HOLLAND, Individually and On Behalf of All Others Similarly Situated,**

***Plaintiffs,***

**v.**

**9F INC., LEI SUN, YANJUN LIN, YIFAN REN, CHANGXING XIAO, FLYNN XUXIAN HUANG, IVAN XU, JUNSHENG ZHANG, WING HON CHEUNG, FANGXIONG GONG, DAVID CUI, LEI LIU, SIU FUNG MING, CREDIT SUISSE SECURITIES (USA) LLC, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CLSA LIMITED, CHINA INVESTMENT SECURITIES INTERNATIONAL BROKERAGE LIMITED, 9F PRIMASIA SECURITIES LIMITED, and COGENCY GLOBAL INC.,**

***Defendants.***

**Civil Action No. 21-00948**

**ORDER**

**THIS MATTER** comes before the Court by way of Defendants 9F Inc.'s, 9F Primasia Securities Limited's, Cogency Global Inc.'s, and Credit Suisse Securities (USA) LLC's (collectively, "Defendants") Joint Motion to Dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) and Section 101(b) the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(2), ECF No. 30;

and it appearing that Plaintiffs Craig J. Holland and members of the class oppose the Motion, ECF No. 38;

and it appearing that after considering the parties' briefings and arguments presented at the November 28, 2022 hearing before the undersigned;

**IT IS** on this 29th day of November, 2022;

**ORDERED** that Defendants' Joint Motion to Dismiss is granted without prejudice, and Plaintiffs shall replead by February 1, 2023; and it is further

**ORDERED** that after a second amended complaint is filed, the parties shall submit a briefing schedule for a renewed motion to dismiss.

***/s Madeline Cox Arleo***____________
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**