UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CRAIG J. HOLLAND, Individually and on Behalf of All Others Similarly Situated, : : : : Plaintiff, : : : v. : : 9F INC., et al., : : : Defendants. : | 21-cv-948 (MCA) (MAH) **ECF Case** **Electronically Filed** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
FOR MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**

**WHEREAS**, this case is a putative securities class action;

**WHEREAS**, on November 29, 2022, the Court dismissed the Amended Complaint without prejudice, allowed Plaintiffs to replead by February 1, 2023, and directed the parties to submit a briefing schedule for a new motion to dismiss after the new complaint is filed (ECF No. 42);

**WHEREAS**, on February 1, 2023, Plaintiffs filed a Second Amended Complaint (ECF No. 44); and

**WHEREAS**, the parties[1] have conferred and agreed that briefing on the motion to dismiss the Second Amended Complaint should follow the same schedule as the first motion to dismiss (*see* ECF No. 25).

---

[1] To the extent Plaintiffs purport to have served Defendant CLSA Limited ("CLSA"), CLSA will file any motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) pursuant to the schedule listed below while reserving its defenses based on lack of personal jurisdiction.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, subject to the Court's approval, as follows:

1. Any motions to dismiss the Second Amended Complaint are due on or before **April 3, 2023** (60 days after the Second Amended Complaint).

2. Any oppositions are due on or before **May 3, 2023** (30 days after the motion).

3. Any replies are due on or before **May 17, 2023** (14 days after the opposition).

4. By executing this stipulation, the undersigned parties do not waive any, and expressly reserve all, rights and defenses.

DATED:     February 21, 2023

/s/ James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994 -1700

**GLANCY PRONGAY & MURRAY LLP**
Ex Kano S. Sams II (*pro hac vice*)
Charles H. Linehan (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Counsel for Plaintiffs*

/s/ Scott D. Musoff
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Scott D. Musoff
Robert A. Fumerton (*pro hac vice*)
Michael C. Griffin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Counsel for Defendants 9F Inc., 9F Primasia Securities Limited and Cogency Global Inc.*

/s/ Craig A. Domalewski
**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Craig A. Domalewski
340 North Avenue
Cranford, New Jersey 07016
Telephone: (908) 272-0200

**CAHILL GORDON & REINDEL LLP**
David Januszewski (*pro hac vice*)
Sheila Ramesh (*pro hac vice*)
32 Old Slip
New York, New York 10005

Telephone:  (212) 701-3000

*Counsel for Defendant Credit Suisse (USA) LLC*

**IT IS SO ORDERED.**

Dated: _____ ___, 2023              _____