## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG J. HOLLAND, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>      v.<br><br>9F INC., LEI SUN, YANJUN LIN, YIFAN REN, CHANGXING XIAO, FLYNN XUXIAN HUANG, IVAN XU, JUNSHENG ZHANG, WING HON CHEUNG, FANGXIONG GONG, DAVID CUI, LEI LIU, SIU FUNG MING, CREDIT SUISSE SECURITIES (USA) LLC, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CLSA LIMITED, CHINA INVESTMENT SECURITIES INTERNATIONAL BROKERAGE LIMITED, 9F PRIMASIA SECURITIES LIMITED, and COGENCY GLOBAL INC.,<br><br>      Defendants. | Case No: 2:21-cv-00948-MCA-MAH<br><br>**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CLSA HONG KONG'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(4) AND 12(B)(5)** |

I, Ex Kano S. Sams II, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action.  I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of the Affidavit of Service in this action related to CLSA Limited c/o CLSA Americas, LLC ("CLSA Americas").

3.      Attached as Exbibit 2 is a true and correct copy of CLSA Americas' Statement of Financial Condition Pursuant to the Securities Exchange Act of 1934, Rule 17a-5, December 31, 2021 (With Independent Registered Public Accounting Firm's Report Thereon).

4.      Attached as Exhibit 3 is a true and correct copy of CLSA Americas' Statement of Financial Condition Pursuant to the Securities Exchange Act of 1934, Rule 17a-5, December 31, 2016 (With Independent Registered Public Accounting Firm's Report Thereon).

5.      Attached as Exhibit 4 is a true and correct copy of CLSA Americas' Statement of Financial Condition Pursuant to the Securities Exchange Act of 1934,

1

Rule 17a-5, December 31, 2013 (With Independent Registered Public Accounting Firm's Report Thereon).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 3rd day of May, 2023, at Los Angeles, California.

_s/ Ex Kano S. Sams II_
Ex Kano S. Sams II