# EXHIBIT 1

**UNITED STATED DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 |

PH: (800) 328-7171

Case Number: 2:21-cv-00948-MCA-MAH

Date Filed: 01/21/2023

Court Date:

CRAIG J. HOLLAND

*Plaintiff*

VS

9F INC., et al

*Defendant*

STATE OF NEW YORK, COUNTY OF RICHMOND, SS.:

**AFFIDAVIT OF SERVICE**

Joseph Donovan        ,   being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **2/2/2023**, at **3:33 PM** at **1155 AVENUE OF THE AMERICAS, 17TH FLOOR, NEW YORK, NY 10036**, Deponent served the within **summons and complaint**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **CLSA LIMITED C/O CLSA AMERICAS, LLC** , therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Christian Billet** said individual to be  who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity.  A description of Christian Billet is as follows:

**Sex**: Female    **Color of skin**: White    **Color of hair**: Blonde    **Age**: 50
**Height**: 5" 4" - 5" 8"    **Weight**: 100-130 Lbs.  **Other** :

In addition, Chief Commercial Officer

Sworn to before me on *February 9, 2023*

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025

Client's File No.:

Process Server, Please Sign
Joseph Donovan
Lic#  1292936-DCA
Job #: 2006373

*PROFESSIONAL PROCESS SERVERS OF NY, LLC, 130 1ST AVENUE, KINGS PARK, NY 11754 - 2096454-DCA*