**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
CRAIG J. HOLLAND, Individually and On          :    2:21-cv-00948-MCA-MAH
Behalf of All Others Similarly Situated,       :
                                                           :
                                                           :    **ECF Case**
            Plaintiffs,                                :    **Electronically Filed**
                                                           :
v.                                                        :
                                                           :
9F INC., LEI SUN, YANJUN LIN, YIFAN            :    **CERTIFICATE OF SERVICE**
REN, CHANGXING XIAO, FLYNN XUXIAN   :
HUANG, IVAN XU, JUNSHENG ZHANG,       :
WING HON CHEUNG, FANGXIONG GONG,   :
DAVID CUI, LEI LIU, SIU FUNG MING,           :
CREDIT SUISSE SECURITIES (USA) LLC,     :
HAITONG INTERNATIONAL SECURITIES      :
COMPANY LIMITED, CLSA LIMITED,            :
CHINA INVESTMENT SECURITIES               :
INTERNATIONAL BROKERAGE LIMITED,     :
9F PRIMASIA SECURITIES LIMITED, and     :
COGENCY GLOBAL INC.,                              :
                                                           :
                                                           :
            Defendants.                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I hereby certify that a copy of Defendant CLSA Hong Kong's Reply in support of its Motion to Dismiss the Second Amended Class Action Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5) was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System on this date. The Notice of Electronic Filing constitutes service on all parties under Rule 14(b)(1) of this Court's ECF Policies and Procedures listed in Local Civil Rule 5.2.

Dated:  May 17, 2023

DUGHI, HEWIT & DOMALEWSKI, P.C.

/s/   Scott A. Hall

Scott A. Hall
340 North Avenue
Cranford, New Jersey 07016
Telephone: 908-272-0200