# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CRAIG J. HOLLAND, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

9F INC., LEI SUN, YANJUN LIN, YIFAN REN, CHANGXING XIAO, FLYNN XUXIAN HUANG, IVAN XU, JUNSHENG ZHANG, WING HON CHEUNG, FANGXIONG GONG, DAVID CUI, LEI LIU, SIU FUNG MING, CREDIT SUISSE SECURITIES (USA) LLC, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CLSA LIMITED, CHINA INVESTMENT SECURITIES INTERNATIONAL BROKERAGE LIMITED, 9F PRIMASIA SECURITIES LIMITED, and COGENCY GLOBAL INC.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

2:21-cv-00948-MCA-MAH

**ECF Case**
**Electronically Filed**

## NOTICE OF CHINA INVESTMENT SECURITIES INTERNATIONAL BROKERAGE LIMITED'S JOINDER IN DEFENDANTS' JOINT MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendant China Investment Securities International Brokerage Limited, which is now known as Soochow Securities International Brokerage Limited ("China Investment Securities"), by and through their undersigned counsel, join in the Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint and supporting documents

filed on April 3, 2023 (Dkt. 51) and on May 17, 2023 (Dkt. 57), and adopt and fully incorporate by reference the arguments set forth in those documents.  At the time that the motion and supporting documents were filed, China Investment Securities had not been served in this action.

The specific grounds for China Investment Securities' motion to dismiss are set forth in (i) the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint (Dkt. 51-1); (ii) the Certification of Scott D. Musoff in Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint, and the Exhibits annexed thereto (Dkt. 51-2-51-12); (iii) the Reply Memorandum of Law in Further Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint (Dkt. 57); and (iv) all prior pleadings and proceedings had herein.

Dated: July 13, 2023

Respectfully submitted,

*s/ Scott A. Hall*
Scott A. Hall, Esq.
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*s/ David G. Januszewski*
David G. Januszewski
Sheila C. Ramesh
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

*Attorneys for Defendant China Investment Securities International Brokerage Limited*

2