# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| CRAIG J. HOLLAND, Individually and On Behalf of All Others Similarly Situated, | 2:21-cv-00948-MEF-MAH |
| Plaintiffs, | **ECF Case** **Electronically Filed** |
| v. | |
| 9F INC., LEI SUN, YANJUN LIN, YIFAN REN, CHANGXING XIAO, FLYNN XUXIAN HUANG, IVAN XU, JUNSHENG ZHANG, WING HON CHEUNG, FANGXIONG GONG, DAVID CUI, LEI LIU, SIU FUNG MING, CREDIT SUISSE SECURITIES (USA) LLC, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CLSA LIMITED, CHINA INVESTMENT SECURITIES INTERNATIONAL BROKERAGE LIMITED, 9F PRIMASIA SECURITIES LIMITED, and COGENCY GLOBAL INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED'S JOINDER IN DEFENDANTS' JOINT MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendant Haitong International Securities Company Limited ("Haitong International"), by and through their undersigned counsel, join in the Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint and supporting documents filed on April 3, 2023 (Dkt. 51) and on May 17, 2023 (Dkt. 57), and adopt and fully

incorporate by reference the arguments set forth in those documents. At the time that the motion and supporting documents were filed, Haitong International had not been served in this action.

The specific grounds for Haitong International's motion to dismiss are set forth in (i) the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint (Dkt. 51-1); (ii) the Certification of Scott D. Musoff in Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint, and the Exhibits annexed thereto (Dkt. 51-2-51-12); (iii) the Reply Memorandum of Law in Further Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint (Dkt. 57); and (iv) all prior pleadings and proceedings had herein.

Dated: July 18, 2023                         Respectfully submitted,


                                             s/ Scott A. Hall
                                             Scott A. Hall, Esq.
                                             DUGHI, HEWIT & DOMALEWSKI, P.C.
                                             340 North Avenue
                                             Cranford, New Jersey 07016
                                             (908) 272-0200


                                             s/ David G. Januszewski
                                             David G. Januszewski
                                             Sheila C. Ramesh
                                             Cahill Gordon & Reindel LLP
                                             32 Old Slip
                                             New York, NY 10005
                                             (212) 701-3000

                                             *Attorneys for Defendant Haitong*
                                             *International Securities Company Limited*