# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-7852

DIRECT FAX
(917) 777-7852

EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

October 10, 2023

**VIA ECF**

Hon. Michael E. Farbiarz
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room 3PO
Newark, New Jersey 07101

RE:    *Holland v. 9F Inc.*, 21-cv-948 (MEF) (MAH)

Dear Judge Farbiarz:

We respectfully write on behalf of Defendants Lei Sun, Yanjun Lin, Yifan Ren, Changxing Xiao, Ivan Xu, Fangxiong Gong, David Cui, Lei Liu (certain of Defendant 9F Inc.'s current and former officers and directors) and Siu Fung Ming (an employee of Cogency Global (HK) Ltd.[1]) (collectively, the "Individual Defendants"). The Individual Defendants recently were served in China under the Hague Convention and wish to join in the pending Motion to Dismiss the Second Amended Complaint, and all papers filed in support thereof, filed by Defendants 9F Inc., 9F Primasia Securities Limited, Credit Suisse Securities (USA) LLC, Flynn Xuxian Huang and Cogency Global Inc. (ECF Nos. 51 (Motion), 57 (Reply).) For the reasons demonstrated in that briefing, the Individual Defendants respectfully request that the Second Amended Complaint be dismissed with prejudice in its entirety.

Respectfully submitted,

*/s/ Scott D. Musoff*

Scott D. Musoff

---

[1]    Cogency Global (HK) Ltd. is a wholly-owned subsidiary of Defendant Cogency Global Inc., which was 9F's designated U.S. agent.