**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Craig J. Holland,<br>Individually and On Behalf of<br>All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>9F Inc., et al.,<br><br>*Defendants.* | Civil Action No. 21-948<br>(MEF)(MAH)<br><br>**ORDER** |

The Plaintiffs shall file a letter on or before January 12 of no more than two single-spaced pages.  The letter shall indicate whether the Plaintiffs will (1) stand on their prior service of CLSA Americas, LLC, (2) seek to serve CLSA Americas, LLC, again, (3) seek to trigger the Court's jurisdiction over CLSA Limited through some means other than serving CLSA Americas, LLC, or (4) proceed in another way.

If the Plaintiffs chose the first option, the Court will set a highly expedited briefing schedule.  If the Plaintiffs chose other options, they shall explain in their letter why the Defendant's motion to dismiss should not be granted.

IT IS on this 27th day of December, 2023, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.