UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| Craig J. Holland, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 21-948 (MEF)(MAH) |
| *Plaintiffs,* | **ORDER** |
| v. | |
| 9F Inc., et al., | |
| *Defendants.* | |

The Plaintiffs' request to amend the complaint, Docket Entry 84, is granted, and the Proposed Revised Second Amended Class Action Complaint may be filed.

IT IS on this 22nd day of February, 2024, so **ORDERED.**

_____

Michael E. Farbiarz, U.S.D.J.