UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| Craig J. Holland, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>9F Inc., et al.,<br><br>　　　　*Defendants*. | Civil Action No. 21-948 (MEF)(MAH)<br><br>**ORDER** |

The Defendants have filed a new motion to dismiss the Revised Second Amendment Complaint. See Docket Entry 91. As noted, this moots the previously filed motion to dismiss. See Docket Entry 90. In light of this, the Defendants' prior motion to dismiss, see Docket Entry 51, is dismissed as moot.

IT IS on this 8th day of March, 2024, so **ORDERED**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Michael E. Farbiarz, U.S.D.J.