**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CRAIG J. HOLLAND, Individually and On　　　:
Behalf of All Others Similarly Situated,　　　　:

　　　　　　　　　　　　　　　　　　　　:

　　　　　　Plaintiffs,　　　　　　　:　　21-cv-948 (MEF) (MAH)

v.　　　　　　　　　　　　　　　　　:

9F INC., LEI SUN, YANJUN LIN, YIFAN　　:　　**ECF Case**
REN, CHANGXING XIAO, FLYNN XUXIAN :　　**Electronically Filed**
HUANG, IVAN XU, JUNSHENG ZHANG,　:
WING HON CHEUNG, FANGXIONG GONG, :
DAVID CUI, LEI LIU, SIU FUNG MING,　　:
CREDIT SUISSE SECURITIES (USA) LLC,　:
HAITONG INTERNATIONAL SECURITIES　:
COMPANY LIMITED, CLSA LIMITED,　　:
CHINA INVESTMENT SECURITIES　　　:
INTERNATIONAL BROKERAGE LIMITED, :
9F PRIMASIA SECURITIES LIMITED, and　:
COGENCY GLOBAL INC.,　　　　　　:

　　　　　　　　　　　　　　　　　　　　:

　　　　　　Defendants.　　　　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF CLSA LIMITED'S JOINDER IN DEFENDANTS' JOINT MOTION TO
DISMISS THE REVISED SECOND AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that Defendant CLSA Limited, by and through its undersigned

counsel, join in the Defendants' Joint Motion to Dismiss the Revised Second Amended Class

Action Complaint filed on March 7, 2024 (Dkt. 91) and all supporting documents.  CLSA Limited

adopts and fully incorporates by reference the arguments set forth therein.  At the time that the

motion and supporting documents were filed, CLSA Limited had not been served in this action.

CLSA Limited incorporates by reference all prior briefing, including (i) the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint (Dkt. 51-1); (ii) the Certification of Scott D. Musoff in Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint, and the Exhibits annexed thereto (Dkt. 51-2-51-12); (iii) the Reply Memorandum of Law in Further Support of Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint (Dkt. 57); (iv) Defendants' Memorandum of Law in Support of Their Joint Motion to Dismiss the Revised Second Amended Class Action Complaint (Dkt. 91-1); (v) the Reply Memorandum of Law in Further Support of Defendants' Joint Motion to Dismiss the Revised Second Amended Class Action Complaint (Dkt. 96); (vi) Letters dated February 2, 2024 (Dkt. 82), February 16, 2024 (Dkt. 85), March 18, 2024 (Dkt. 94), and April 18, 2024 (Dkt. 102); and (vii) all prior pleadings and proceedings had herein.

Dated: May 20, 2024

Respectfully submitted,

*s/ Scott A. Hall*
Scott A. Hall, Esq.
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*s/ David G. Januszewski*
David G. Januszewski
Sheila C. Ramesh
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

*Attorneys for Defendant CLSA Limited*

2