# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

Craig J. Holland,
Individually and On Behalf of
All Others Similarly Situated,

       *Plaintiffs,*

  v.

9F Inc., et al.,

       *Defendants.*

Civil Action No. 21-948
(MEF)(MAH)


**ORDER**

As discussed at oral argument earlier today, the Defendants shall file a letter as to why each of the two named plaintiffs may not have "standing" as to the various '33 Act claims, and the Plaintiffs may respond.  Each letter may be no longer than three single-spaced pages; the first letter shall be due by May 24, and the response shall be due by May 30.  The Defendants may then file a one-page reply (by June 3) and the Plaintiffs may file their own one-page letter (by June 5).


 IT IS on this 21st day of May, 2024, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.