SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(917) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

June 5, 2024

**VIA ECF**
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
50 Walnut Street, Court Room 4PO
Newark, New Jersey 07102

RE:     *Holland v. 9F Inc., et al.,* 21-948 (MEF) (MAH)

Dear Judge Farbiarz:

On behalf of Defendants in the above-captioned action, we respectfully write pursuant to the Court's May 21, 2024 Order requesting the parties to more fully brief whether Plaintiffs lack standing to assert their Securities Act claims. (ECF No. 106.) On June 3, 2024, Defendants filed a one-page letter respectfully requesting that the Court grant Defendants leave to more fully respond to the novel issues raised by Plaintiffs' May 30, 2024 (ECF No. 108) letter in a three-page letter to be filed on Wednesday, June 5. (ECF No. 109 at 1.)  Plaintiffs consented to such request and proposed filing a four-page reply by Monday, June 10.  (*Id.*)

Should the court grant leave for the parties to file supplemental letters pursuant to the schedule outlined in Defendants' June 3 letter, Defendants' letter is attached hereto as Exhibit A.

**SO ORDERED.**
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date:  6/6/24

Respectfully submitted,

*/s/ Scott D. Musoff*

Scott D. Musoff

cc:     All counsel of record (via ECF)