SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(917) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

December 23, 2024

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Court Judge
United States District Court
District of New Jersey
50 Walnut Street, Court Room 4PO
Newark, New Jersey 07102

RE: *Holland v. 9F Inc., et al.*, 21-948 (MEF) (MAH)

Dear Judge Farbiarz:

On behalf of Defendants in the above-captioned action, we respectfully write in response to the Court's December 19, 2024 Order. (ECF No. 123.)

We have conferred with counsel for Plaintiffs and understand that they intend to file an amended complaint today, December 23, 2024. We have also conferred regarding a briefing schedule for Defendants' contemplated motion to dismiss and propose that Defendants' motion be due February 12, 2025, Plaintiffs' opposition be due March 27, 2025 and Defendants' reply be due April 11, 2025.

We remain available should the Court have any questions.

Respectfully submitted,

**SO ORDERED**.

/s/ *Scott D. Musoff*

Michael E. Farbiarz, U.S.D.J.
Date:  12/30/2024

Scott D. Musoff