AO 85A  (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Craig J. Holland, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:21-cv-00948-MEF-MAH |
| 9F Inc., et al. | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:**  Motion for Preliminary Approval of Settlement

Motion for Final Approval of Settlement

Motion for Attorneys' Fees and Reimbursement of Litigation Expenses

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| See attachment | See attachment | 05/20/2026 |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in  accordance with 28 U.S.C. § 636(c).

Date:  Jun 9, 2026

_____
*District Judge's signature*

MICHAEL FARBIARZ
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

By: _____
Ex Kano S. Sams II (*pro hac vice*)
Joseph D. Cohen (*pro hac vice* forthcoming)
Charles S. Linehan (*pro hac vice*)
**GLANCY PRONGAY WOLKE &**
**ROTTER LLP**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: esams@glancylaw.com
Email: jcohen@glancylaw.com
Email: clinehan@glancylaw.com

*Lead Counsel for Plaintiffs*

James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
**CARELLA, BYRNE, CECCHI, BRODY**
**& AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com
Email: kcooper@carellabyrne.com

*Liaison Counsel for Plaintiffs*

By: _____
Scott D. Musoff
Robert A. Fumerton (*pro hac vice*)
Michael. C. Griffin (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER &**
**FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Email: scott.musoff@skadden.com
Email: robert.fumerton@skadden.com
Email: michael.griffin@skadden.com

*Counsel for Defendants 9F Inc.,*
*9F Primasia Securities Limited, Cogency*
*Global Inc., Lei Sun, Yanjun Lin, Yifan*
*Ren, Changxing Xiao, Flynn Xuxian*
*Huang, Ivan Xu, Wing Hon Cheung, Fangxiong*
*Gong, David Cui, Lei Liu, and Siu Fung Ming*

By: _____
David G. Januszewski (*pro hac vice*)
Sheila Ramesh (*pro hac vice*)
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Email: djanuszewski@cahill.com
Email: sramesh@cahill.com

Craig A. Domalewski
**DUGHI, HEWIT & DOMALEWSKI, P.C.**
340 North Avenue
Cranford, New Jersey 07016
Telephone: (908) 272-0200
Email: cdomalewski@dughihewit.com

*Counsel for Defendants Credit Suisse*
*Securities (USA) LLC, China Investment*
*Securities International Brokerage Limited*
*and Haitong International Securities*
*Company Limited*

8