James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRAIG J. HOLLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>9F INC., *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00948-MEF-ADS<br><br>Hon. Alex D. Silagi<br><br>**Motion Day:** November 16, 2026 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION AND MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that on November 16, 2026, lead plaintiff John S. Wait ("Lead Plaintiff"), and named plaintiff Delanta L. Harrison (together with Lead Plaintiff, "Plaintiffs") will, and hereby do, apply to the Honorable Alex D. Silagi, United States Magistrate Judge of the United States District Court for the District of New Jersey, at a location to be determined by the Court, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the Settlement Class, appointing Plaintiffs as class representatives, appointing lead counsel Glancy Prongay Wolke & Rotter LLP (formerly known as Glancy Prongay & Murray LLP)[1] ("Lead Counsel") as class counsel for the purposes of the Settlement, and appointing Carella, Byrne, Cecchi, Brody & Agnello, P.C. as liaison counsel for the Settlement Class; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class; and (iv) setting a hearing at which the Court will consider final approval of the Settlement, approval of the plan of allocation, and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

PLEASE TAKE FURTHER NOTICE that in support of the unopposed motion, Plaintiffs will rely on the attached Memorandum of Law; the Declaration of

[1] Glancy Prongay & Murray LLP recently changed its name to Glancy Prongay Wolke & Rotter LLP.

Ex Kano S. Sams II and exhibits thereto; and such other papers as may be filed in support of this motion. A proposed order is submitted herewith.

Dated: October 21, 2026

Respectfully submitted,

By: */s/ James E. Cecchi*

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com
Email: kcooper@carellabyrne.com

*Liaison Counsel for Plaintiffs and the Proposed Settlement Class*

**GLANCY PRONGAY WOLKE & ROTTER LLP**
Ex Kano S. Sams II (*pro hac vice*)
Charles S. Linehan (*pro hac vice*)
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: esams@glancylaw.com
Email: clinehan@glancylaw.com

*Lead Counsel for Plaintiffs and the Proposed Settlement Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Email: hsmith@howardsmithlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Jing Chen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Email: lrosen@rosenlegal.com
Email: jchen@rosenlegal.com

*Additional Counsel for Plaintiffs and the Proposed Settlement Class*

**PROOF OF SERVICE**

I hereby certify that on this 21st day of October, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ James E. Cecchi*
James E. Cecchi